# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. McGREAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12 cv 05135 |
| ) | |
| THE VILLAGE OF ORLAND PARK, an Illinois ) | |
| Municipal Corporation and a body politic, and ) | |
| Chief of Police TIMOTHY McCARTHY, ) | |
| Individually, and Patrol Commander ) | Hon. Joan Humphrey Lefkow, |
| THOMAS KENEALY, individually, and ) | Judge Presiding. |
| Police Lieutenant PATRICK DUGGAN, ) | |
| Individually, and Police Lieutenant ) | Hon. Sidney I. Schenkier, |
| JOSEPH MITCHELL, individually, and Sergeant ) | Magistrate Judge. |
| ANTHONY FARRELL, individually, and ) | |
| Sergeant SCOTT MALMBORG, individually, and ) | JURY TRIAL DEMANDED |
| Lieutenant JAMES BIANCHI, individually, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO VOLUNTARILY DISMISS
## CERTAIN DEFENDANTS WITH PREJUDICE

Now come the Plaintiff, JOSEPH S. McGREAL, by and through his attorneys, John P. DeRose and Caitlyn F. DeRose of John P. DeRose & Associates, and Defendant THOMAS KENEALY, by and through his attorneys Michael William Condon of Hervas, Condon & Bersani, P.C., and Defendant JOSEPH MITCHELL, by and through his attorneys, James J. Convery, Joseph M. Gagliardo, and Gregory R. James, Jr. of Laner Muchin, Ltd., and Defendants ANTHONY FARRELL and SCOTT MALMBORG, by and through their attorneys, Jason A. Guisinger, Lance C. Malina, and James W. Fessler of Klein, Thorpe and Jenkins, Ltd. and jointly move, acknowledge, and agree that after discovery taken in the above-captioned cause, the case against these certain individually named defendants should be dismissed with

prejudice. After consultation by counsel with their respective clients in the above-captioned cause, an agreement has been reached that the parties will bear their own costs, expenses, and attorney fees.

WHEREFORE, Plaintiff Joseph S. McGreal, Defendant Thomas Kenealy, Defendant Joseph Mitchell, Defendant Anthony Farrell, and Defendant Scott Malmborg move this Honorable Court to enter an order dismissing the above-captioned cause against these certain named defendants with prejudice, with each party to bear his own costs, expenses, and attorney fees.

IT IS SO MOVED, ACKNOWLEDGED, AND AGREED:

| | |
|---|---|
| /s/John P. DeRose | /s/ Michael William Condon |
| Attorney for Joseph S. McGreal | Attorney for Thomas Kenealy |
| John P. DeRose & Associates | Hervas, Condon & Bersani, P.C. |
| 15 Spinning Wheel Road | 333 Pierce Road |
| Suite 428 | Suite 195 |
| Hinsdale, IL 60521 | Itasca, IL 60143 |
| (630) 920-1111 office | (630) 773-4774 office |
| john@johnderoselaw.com | mcondon@hcbattorneys.com |
| | |
| /s/James J. Convery | /s/ Jason A. Guisinger |
| Attorney for Joseph Mitchell | Attorney for Anthony Farrell and Scott Malmborg |
| Laner Muchin, Ltd. | Klein, Thorpe and Jenkins, Ltd. |
| 515 N. State Street | 20 North Wacker Drive |
| Suite 2800 | Suite 1660 |
| Chicago, IL 60654 | Chicago, IL 60606 |
| (312) 467-9800 office | (312) 984-6400 office |
| jconvery@lanermuchin.com | jaguisinger@ktjlaw.com |