IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH S. McGREAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12 C 5135 |
| | ) | |
| THE VILLAGE OF ORLAND PARK, | ) | Judge Joan H. Lefkow |
| TIMOTHY MCCARTHY, PATRICK | ) | |
| DUGGAN AND JAMES BIANCHI, | ) | Magistrate Sidney I. Schenkier |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:    Joseph S. McGreal, *Pro Se*           Michael J. Wall
        11532 South LaVergne Avenue      Rothschild, Barry, & Myers, LLP
        Alsip, Illinois 60803-3921            150 South Wacker Drive, Suite 3025
                                        Chicago, Illinois 60606

        John P. DeRose
        John P. DeRose & Associates
        15 Spinning Wheel Drive, Suite 428
        Hinsdale, Illinois 60521

**PLEASE TAKE NOTICE** that I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Bill of Costs** for the Village of Orland Park and Patrick Duggan, a copy of which is attached and served upon you.

                                              /s/ Allen Wall

Allen Wall
KLEIN, THORPE AND JENKINS, LTD.
20 North Wacker Drive, Suite 1660
Chicago, Illinois 60606
(312) 984-6400

## CERTIFICATE OF SERVICE

      I, Allen Wall, an attorney, state that I caused an exact of this Notice of Filing together with all attachments to be served on Joseph S. McGreal, at the above-listed addressed, by U.S. Mail, first-class postage prepaid, at 20 North Wacker Drive, Chicago, Illinois 60606 on July 7, 2017, at or before 5:00 p.m., and the other above-listed individuals were served through the United States District Court for the Northern District of Illinois, Eastern Division's CM/ECF Document Filing System.

                                              /s/ Allen Wall