# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSEPH S. McGREAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12 C 5135 |
| ) | |
| THE VILLAGE OF ORLAND PARK, ) | Judge Joan H. Lefkow |
| TIMOTHY MCCARTHY, PATRICK ) | |
| DUGGAN AND JAMES BIANCHI, ) | Magistrate Sidney I. Schenkier |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To: Joseph S. McGreal, *Pro Se*  
11532 South LaVergne Avenue  
Alsip, Illinois 60803-3921

Michael J. Wall  
Rothschild, Barry, & Myers, LLP  
150 South Wacker Drive, Suite 3025  
Chicago, Illinois 60606

John P. DeRose  
John P. DeRose & Associates  
15 Spinning Wheel Drive, Suite 428  
Hinsdale, Illinois 60521

**PLEASE TAKE NOTICE** that I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **Bill of Costs** for the Village of Orland Park and Patrick Duggan, a copy of which is attached and served upon you.

/s/ Allen Wall

Allen Wall  
KLEIN, THORPE AND JENKINS, LTD.  
20 North Wacker Drive, Suite 1660  
Chicago, Illinois 60606  
(312) 984-6400

## CERTIFICATE OF SERVICE

I, Allen Wall, an attorney, state that I caused an exact of this Notice of Filing together with all attachments to be served on Joseph S. McGreal, at the above-listed addressed, by U.S. Mail, first-class postage prepaid, at 20 North Wacker Drive, Chicago, Illinois 60606 on July 7, 2017, at or before 5:00 p.m., and the other above-listed individuals were served through the United States District Court for the Northern District of Illinois, Eastern Division's CM/ECF Document Filing System.

/s/ Allen Wall